**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6608**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

REGINALD ANTHONY FALICE,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CR-98-244)

---

Submitted: August 31, 2001        Decided: September 11, 2001

---

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed in part and dismissed in part by unpublished per curiam opinion.

---

Reginald Anthony Falice, Appellant Pro Se. Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald Anthony Falice appeals the district court's orders denying relief on his Fed. R. Civ. P. 60(b) motion, his 28 U.S.C.A. § 2255 (West Supp. 2000) motion, and his motion to recuse the district court judge. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss as to the denial of Falice's § 2255 motion and affirm as to the remaining orders on the reasoning of the district court. United States v. Falice, No. CR-98-244 (W.D.N.C. Feb. 9, 2001; Apr. 17, 2001; April 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART, DISMISSED IN PART

2